IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EVA ELECTRIS CANNIE aka
AVA ELECTRIS CANNIE,

     Appellant,

v.

WILMINGTON SAVINGS
FUND SOCIETY, FSB DBA
CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM
MORTGAGE ACQUISITION
TRUST,

     Appellee.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2598

Opinion filed November 20, 2017.

An appeal from the Circuit Court for Duval County.
Adrian C. Soud, Judge.

Eva Electris Cannie aka Ava Electris Cannie, pro se, Appellant.

David Rosenberg of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee.


PER CURIAM.

     Appellee's motion, filed on October 6, 2017, is granted and the appeal is dismissed for lack of jurisdiction.

LEWIS, BILBREY, and M.K. THOMAS, JJ., CONCUR.